UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC H. SOLSTEIN,<br><br>                    Plaintiff,<br><br>          v.<br><br>GOLD, *et al.*,<br><br>                    Defendants. | 18-CV-9875 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record during the status conference held on July 29, 2021, the Court grants non-party the County of Sullivan's Motion To Quash. The Clerk of Court is respectfully directed to terminate the pending Motion and mail a copy of this Order to Plaintiff. (Dkt. No. 81)

　　　　SO ORDERED.

Dated:   July 29, 2021
　　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　　United States District Judge